**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: APPLICATION OF KATE O' KEEFE TO ISSUE SUBPOENA FOR TAKING DEPOSITION OF PRODUCTION OF DOCUMENTS IN FOREIGN PROCEEDING. | Case No. 2:14-cv-01518-RFB-CWH<br><br>**ORDER** |

On April 4, 2016, the Court directed the parties to meet and confer, and submit a proposed protective order for this Court's review. See Doc. # 64. Thereafter, the parties submitted separate proposals in response to this Court's order without explaining why the two proposals were separately filed, and any differences between the two proposals. See Doc. # 66; Doc. # 67.

The Court deems it appropriate to provide the parties with another opportunity to submit a stipulated protective order, or to submit separate proposals that specifically identify those differences and any reasons why the parties were unable to agree.

Based on the foregoing, **IT IS HEREBY ORDERED** that the parties' proposed protective orders (docs. # 66, # 67) are **denied**.

**IT IS FURTHERED ORDERED** that the parties shall file a proposed protective order, as described herein, **no later than April 26, 2016.**

DATED: April 19, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**